**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOYCE ASBERRY**                                                                         **PLAINTIFF**

v.                                  **Case No. 4:21CV-00875-LPR**

**LITTLE ROCK SCHOOL DISTRICT**                                       **DEFENDANT**

## MOTION FOR PARTIAL JUDGMENT

The Plaintiff, Joyce Asberry ("Asberry"), pursuant to Fed. R. Civ. P. 54(b), moves for an order granting partial judgment as follows:

1. On June 20, 2023, this Court issued an Order declining supplemental jurisdiction over Asberry's Teacher Fair Dismissal Act claim, and dismissed that claim without prejudice.

2. The Order further stated that if Asberry were to request a Rule 54(b) partial judgment, the Court would be inclined to grant it.

3. Asberry hereby moves this Court to issue a Rule 54(b) partial judgment.

4. This will allow Asberry to proceed on her TFDA claim in circuit court, and to avoid any potential statute of limitations or laches issues.

WHEREFORE, the Plaintiff respectfully requests an entry of partial judgment on her TFDA claim, pursuant to Fed. R. Civ. P. 54(b).

Respectfully Submitted,

_____
Michael Muskheli, Bar No. 2007229
Clayton R. Blackstock, Bar No. 84013
Greg Alagood, Bar No. 84002
MITCHELL, BLACKSTOCK
WRIGHT & ALAGOOD, PLLC
1010 West Third Street
Little Rock, Arkansas 72201
Phone: (501) 378-7870

Certificate of Service

    I certify that on this 30th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the E-Flex electronic filing system, which shall send notification of said filing to the following attorneys of record:

Christopher Heller
Khayyam Eddings
Friday, Eldgredge & Clark
400 W. Capitol, Suite 2100
Little Rock, AR 72201
heller@fridayfirm.com
keddings@fridayfirm.com

                                                /s/ Michael Muskheli
                                                Michael Muskheli