# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOYCE ASBERRY**                                                                                         **PLAINTIFF**

**v.**                                       **Case No. 4:21-CV-00875-LPR**

**LITTLE ROCK SCHOOL DISTRICT**                                                        **DEFENDANT**

## PARTIAL JUDGMENT

Pursuant to the Order entered on June 20, 2023, and the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Ms. Asberry's claim under Arkansas's Teacher Fair Dismissal Act is DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE