# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOYCE ASBERRY**                                                                                  **PLAINTIFF**

**v.**                                    Case No. 4:21-CV-00875-LPR

**LITTLE ROCK SCHOOL DISTRICT**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Orders entered today and previous Orders entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims except for the TFDA claim. The TFDA claim was dismissed without prejudice by way of a Rule 54(b) partial judgment. So all claims in this case have now been fully adjudicated.

IT IS SO ADJUDGED this 1st day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE